# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

Bridget M. McCormack,
Chief Justice

158735

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEONTA JACKSON-JAMES,
          Plaintiff-Appellant,

v

SC:  158735
COA:  337569
Wayne CC:  13-012601-NO

REDFORD UNION HIGH SCHOOL,
REDFORD UNION SCHOOL DISTRICT,
CHUCK MARTIN, MIKE HUMITZ,
MIKE TAYLOR, SICO NORTH AMERICA,
INC., and PROFESSIONAL EDUCATIONAL
SERVICES GROUP, LLC,
          Defendants,

and

GRAND RAPIDS BUILDING SERVICES, INC.,
d/b/a GRBS,
          Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 11, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



p0418

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk